UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*Caption in Compliance with D.N.J. LBR 9004-2(c)*

Ciardi Ciardi & Astin
Albert A. Ciardi, III, Esquire
Adrienne N. Anderson, Esquire
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551

*In re:*

EXCEL WEST RIO, LLC t/a WILDWOOD
MINI GOLF AND TOMCAT,

               Debtor.

Case No.:  18-21962
Judge:      ABA
Chapter:   11

## APPLICATION OF THE DEBTOR FOR AN EXTENSION OF TIME TO FILE ITS SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Excel West Rio, LLC t/a Wildwood Mini Golf and Tomcat ("Debtor"), by and through its proposed counsel, Ciardi Ciardi & Astin, hereby respectfully requests this Honorable Court to enter an Order granting the Application of the Debtor for an Extension of Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Application"), and in support thereof avers as follows:

### BACKGROUND

1.  On June 12, 2018, (the "Petition Date"), the Debtor filed a voluntary petition for reorganization pursuant to chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code").

2.  The Debtor operates a restaurant and mini golf course in the shore town of Wildwood, in Cape May County, New Jersey.

1

3. The Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "Schedules") are due to be filed, pursuant to Federal Rule of Bankruptcy Procedure 1007, on or before June 26, 2018.

4. The Debtor is in the process of compiling the information necessary to complete the Schedules to accurately determine its assets and liabilities. The Debtor may need additional time to complete the Schedules and, therefore, out of an abundance of caution is requesting an extension of the filing deadline to **July 10, 2018**.

### THE BASIS FOR RELIEF AND THE REASONS THEREFOR

5. Federal Rule of Bankruptcy Procedure 1007(c) allows for the extension of time to file the Schedules for cause shown by the movant. <u>See</u> Fed. R. Bankr. P. 1007(c).

6. As set forth above, the Debtor is aware of its obligation to file its Schedules by **June 26, 2018**, and has begun to compile the requisite information; however, the Debtor may need additional time to complete the Schedules because the Debtor's business has just opened for the summer.

7. Accordingly, the Debtor believes that cause exists to allow the Debtor the additional time requested.

8. The Debtor believes, and therefore avers, that the extension of time requested to file its Schedules will not cause any prejudice to any creditor or other interested party. Accordingly, the Debtor is requesting an extension of the filing deadline to **<u>July 10, 2018</u>** to file its Schedules and Statement of Financial Affairs.

2

**WHEREFORE**, the Debtor respectfully requests this Honorable Court to enter an Order granting an extension of time until **July 10, 2018** for the Debtor to file its Schedules of Assets and Liabilities and Statements of Financial Affairs.

CIARDI CIARDI & ASTIN

Dated: June 19, 2018          By:          */s/ Albert A. Ciardi, III*
                                            Albert A. Ciardi, III, Esquire

                                            *Proposed Counsel for the Debtor*